**ELLIS, GED & BODDEN, P.A.**
1101 Richmond Avenue
Point Pleasant, New Jersey 08742
(732) 892-5161
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTIAN MARTIN DREYER,<br><br>          Plaintiff,<br><br>vs.<br><br>NEW JERSEY RE-INSURANCE COMPANY,<br><br>          Defendant. | *Document Filed Electronically*<br><br>Civil Action No 2:15-cv-02385-CCC-MF<br><br>**JOINT STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41, by Plaintiff,

CHRISTIAN MARTIN DREYER and Defendant, NEW JERSEY RE-INSURANCE

COMPANY, that this action is hereby dismissed, with prejudice, each party to bear its

own costs.

Dated:  December 14, 2015

/s/ *Verne A. Pedro*                                     /s/ *Nicholas A. Vytell*
Verne A. Pedro, Esq.                                 Nicholas A. Vytell, Esq.
ELLIS, GED & BODDEN, P.A.                  CARROL McNULTY & KULL
1101 Richmond Ave.                                 120 Mountain View Blvd.
Point Pleasant, NJ 08742                          Basking Ridge, NJ 07920
*Counsel for Plaintiffs*                              *Counsel for Defendant*

**SO ORDERED:**

_____
HONORABLE
UNITED STATES DISTRICT JUDGE